US DISTRICT COURT INDEX SHEET

















MEG    4/6/99

3:99-CV-647 TURN KEY TECH V. HITACHI MAXELL

*1*

*CMP*

1 | SANDEEP SETH (State Bar No. 195914)
Litigation & Trial Counsel
2 | TURN-KEY-TECH, LLC
9930 Mesa Rim Road
3 | San Diego, California 92121
Telephone: (619) 824-9103
4 | Facsimile: (619) 824-9153

5

6 | LYON & LYON, LLP
A Limited Liability Partnership Including
7 | Professional Corporations
DOUGLAS E. OLSON (State Bar. No. 38649)
8 | STEPHEN S. KORNICZKY (State Bar No.135532)
9 | 4225 Executive Square, Suite 800
La Jolla, California 92037
10 | Telephone: (619) 552-8400
Facsimile: (619) 552-0159

11

12 | Attorneys For Plaintiff
TURN-KEY-TECH, LLC

13

14

15 | UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

16

17 | TURN-KEY-TECH, a California limited
liability company,

18 |                                         Case No.

19 |                    Plaintiff,          '99 cv 0647 IEG LSP

20 |               v.                        COMPLAINT FOR
PATENT INFRINGEMENT

21 | HITACHI MAXELL LTD., a Japanese         DEMAND FOR JURY TRIAL
Corporation, and MAXELL CORP OF
22 | AMERICA, a New Jersey corporation,

23 |                    Defendants.

24

25

26

27

FILED

99 APR -1 PM 4: 28

BY: mgomez  DEPUTY

1    *Plaintiff, for its complaint, alleges as follows:*

2

## THE PARTIES

3
4    1.    Plaintiff Turn-Key-Tech, LLC ("Turn-Key") is a limited liability company formed

5    under the laws of California with its principal place of business at 9930 Mesa Rim Road,

6    San Diego, California 92121.

7    2.    Upon information and belief, Defendant Hitachi Maxell Ltd. ("Hitachi Maxell") is

8    a Japanese corporation having its headquarters at 1-1-88, Ushitora, Ibaraki, Osaka,

9    Japan, 567.

10   3.    Upon information and belief, Defendant Maxell Corp of America ("Hitachi Maxell

11   America") is a corporation formed under the laws of New Jersey having its

12   headquarters at 22-08 Route No. 208, Fair Lawn, New Jersey, 07410 and is a wholly

13   owned subsidiary of Hitachi Maxell.

## JURISDICTION AND VENUE

14   4.    This civil action arises under the Patent Laws of the United States of America,

15   Title 35, United States Code.

16   5.    The Southern District of California has exclusive and original jurisdiction over

17   this dispute pursuant to Title 28, United States Code §§1331, 1332(a), and 1338(a).

18   6.    Venue is proper in this Court under Title 28, United States Code §§ 1391(b),

19   (c), and (d) and 1400(b) because each of the Defendants resides in the Southern

20   District of California, has caused or committed acts of infringement here, has a regular

21   and established place of business here and/or is an alien corporation.

## PATENT INFRINGEMENT CLAIM

22
23   7.    On September 3, 1991,  United States Patent No. 5,045,268 entitled "Cross-

24   Lamination Injection Molding" ("the '268 patent"), was duly and legally issued.  A copy

25   of the '268 patent is attached to this complaint as Exhibit 1.

26   8.    Plaintiff Turn-Key is the exclusive licensee of the '268 patent holding all

27

1  substantial rights in and to the '268 patent including the exclusive right to enforce the
2  '268 patent in its own name. A copy of an "Acknowledgment of Exclusive License
3  under U.S. Patent No. 5,045,268" filed with the Patent & Trademark Office is attached
4  to this complaint as Exhibit 2. A copy of Turn-Key's Exclusive License Agreement will
5  be provided upon entry of a Protective Order.

6  9.   Defendants have been on constructive notice of the '268 patent since its
7  issuance.

8  10.   Since at least about May 19, 1998, Defendants have had actual notice of the
9  '268 patent.

10  11.   Upon information and belief, Defendants have in the past and presently
11  make, use, sell or resell, and/or offer for sale or resale within the United States and
12  within the Southern District of California, and/or import into the United States, Maxell
13  MX-S 100 audio cassettes and/or components thereof which infringe the '268 patent.

14  12.   Upon information and belief, Defendants have in the past and presently
15  make, use, sell or resell, and/or offer for sale or resale within the United States and
16  within the Southern District of California, and/or import into the United States, other
17  Maxell brand products and/or components thereof which infringe the '268 patent.

18  13.   Upon information and belief, Defendants with actual knowledge of the '268
19  patent are willfully and deliberately infringing the '268 patent or contributing to or
20  inducing the infringement of the '268 patent in the United States and within the
21  Southern District of California, without the authority of the Plaintiff and in violation of 35
22  U.S.C. §271, and will continue to do so unless enjoined by this Court.

23  14.   Upon information and belief, the Defendants deliberately continue such acts in
24  full view of the '268 patent rights and in willful and wanton disregard thereof, rendering
25  this an exceptional case within the meaning of 35 U.S.C. §285.

26  15.   Plaintiff has suffered and is suffering damage by reason of Defendants'
27

- 3 -

1  infringement of the '268 patent, contributing to the infringement of the '268 patent

2  and/or inducing the infringement of the '268 and will continue to suffer additional

3  irreparable harm and impairment of the value of its patent rights unless the Defendants

4  are enjoined by this court from continuing to infringe the '268 patent, continuing to

5  contribute to the infringement of the '268 patent, and/or continuing to induce the

6  infringement of the '268 patent.

7  <u>PRAYER FOR RELIEF</u>

8  WHEREFORE, Plaintiff prays that judgment be entered as follows:

9  a.   Hitachi Maxell and Hitachi Maxell America are adjudicated and decreed to

10  have infringed the '268 patent;

11  b.   Hitachi Maxell and Hitachi Maxell America are adjudicated and decreed to

12  have contributed to the infringement of the '268 patent and to have induced others to

13  infringe the '268 patent;

14  c.   Hitachi Maxell and Hitachi Maxell America, their subsidiaries, divisions,

15  affiliates, officers, agents, attorneys, and officers, and those acting in privity or concert

16  with them, are enjoined from further infringement of the '268 patent, and from further

17  contribution to or inducement of the infringement of the '268 patent;

18  d.   Hitachi Maxell and Hitachi Maxell America are ordered to account for

19  damages adequate to compensate Turn-Key for the infringement of the '268 patent,

20  their contributory infringement of the '268 patent, and their inducement of infringement

21  of the '268 patent;

22  e.   Such damages are trebled by the Court pursuant to 35 U.S.C. §284 by

23  *reason of the willful, wanton, and deliberate nature of the infringement;*

24  f.   That this is decreed an "exceptional case" and Plaintiff is awarded

25  reasonable attorney's fees by the Court pursuant to §35 U.S.C. §285;

26  g.   Costs are awarded to Plaintiff; and

27

- 4 -

1      h.      Plaintiff is granted all such other and further relief that the Court may

2   deem proper under  the circumstances.

3

4   DATED: April 1, 1999

5                                          Respectfully submitted,

6

7                                          TURN-KEY-TECH, LLC

8

9

10                                         Sandeep Seth
                                           Litigation & Trial Counsel
11

12

13                                         LYON & LYON, LLP

14

15                                         Stephen S. Korniczky
16                                         Douglas E. Olson

17                                         Attorneys for Plaintiff
                                           TURN-KEY-TECH, LLC.
18

19

20

21

22

23

24

25

26

27

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a trial by jury.

DATED: April 1, 1999

TURN-KEY-TECH, LLC

Sandeep Seth
Litigation & Trial Counsel

LYON & LYON, LLP

Stephen S. Korniczky
Douglas E. Olson

Attorneys for Plaintiff
TURN-KEY-TECH, LLC.

- 6 -

# United States Patent [19]

**Sorensen**

[11]  Patent Number:  **5,045,268**

[45]  Date of Patent:  **Sep. 3, 1991**

[54]  **CROSS-LAMINATION INJECTION MOLDING**

[76]  Inventor:  Jens O. Sorensen, P.O. Box 2274, Rancho Santa Fe, Calif. 92067

[21]  Appl. No.: **448,763**

[22]  Filed:  **Dec. 11, 1989**

[51]  Int. Cl.⁵ ............................................. **B29C 45/16**
[52]  **U.S. Cl.** ................................... **264/246**; 264/255; 264/328.7; 264/328.8; 264/328.12; 425/127; 425/129.1; 425/130
[58]  **Field of Search** ............... 264/245, 246, 255, 265, 264/294, 328.1, 328.7, 328.8, 328.11, 328.12; 425/126.1, 127, 129.1, 130, 134

[56]  **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 2,799,435 | 7/1957 | Abplanalp ........................ 264/328.8 |
| 3,178,497 | 4/1965 | Moscicki .......................... 425/129.1 |
| 3,822,107 | 7/1974 | Wagerer .............................. 425/130 |
| 3,878,282 | 4/1975 | Bonis et al. . |
| 3,914,081 | 10/1975 | Aoki ................................... 425/130 |
| 3,944,124 | 3/1976 | Hexel ............................... 229/1.5 B |
| 3,947,176 | 3/1976 | Rainville ............................ 425/130 |
| 4,295,811 | 10/1981 | Sauer .................................. 425/112 |
| 4,302,416 | 11/1981 | Rudolf et al. .................... 425/129.2 |
| 4,307,137 | 12/1981 | Ota et al. ............................. 428/35 |
| 4,726,758 | 2/1988 | Sekine et al. ....................... 425/575 |
| 4,743,420 | 5/1988 | Dutt ................................... 425/577 |

**FOREIGN PATENT DOCUMENTS**

022481  2/1979  Japan .

*Primary Examiner*—Jill L. Heitbrink
*Attorney, Agent, or Firm*—Edward W. Callan

[57]  **ABSTRACT**

A plastic product having a cross-laminated section including a first plastic layer and a second plastic layer is injection molded in a mold system that includes a first mold cavity with a first-layer-defining-mold-cavity-section and a second mold cavity with a second-layer-defining-mold-cavity-section that has a second-cavity-section-wall. The product is molded by injecting a quantity of first plastic into the first mold cavity so that first plastic flows from a flow channel into the first-layer-defining-mold-cavity-section in a first predetermined general direction that is different than the direction of the flow channel; solidifying at least partly the flowed first plastic in the first-layer-defining-mold-cavity-section to thereby form said first plastic layer having a first-direction-flow-record; adjusting the mold system to provide the second mold cavity, with the second-cavity-section-wall including the first plastic layer; injecting a quantity of second plastic into the second mold cavity so that second plastic flows from a flow channel into the second-layer-defining-mold-cavity-section in a second predetermined general direction that is different than the direction of the flow channel, whereby second plastic in the second-layer-defining-mold-cavity-section fuses with the first plastic layer; and solidifying the flowed second plastic in the second-layer-defining-mold-cavity-section to thereby form the second plastic layer, so that the second plastic layer has a second-direction-flow-record, which is positively different from the first-direction-flow-record, to thereby form the plastic product with the cross-laminated section that includes both the first plastic layer and the second plastic layer. The first plastic and the second plastic are injected through at least one shared gate.

**38 Claims, 3 Drawing Sheets**



**Exhibit 1**
**Page 7**

Case S:99-c....047-L-NLS Doc....1    Filed 04/01/99    PageID.10



FIG. 1

FIG. 2

FIG. 3

Exhibit 1
Page 8

Copy provided by PTCS from the PTO APS Image Data Base on   03/12/1998

Case 3:98-cv-01147-L-NLS Document 1 Filed 04/01/98 PageID.115 Page 11 of 30

FIG. 4



FIG. 5





FIG. 6

Exhibit 1
Page 9

Copy provided by PTCS from the PTO APS Image Data Base on    03/12/1998

Case 3:99-cv-00347-L-NLS   Document 1-11   Filed 08/21/99   PageID.12   Page 10



FIG. 7

FIG. 8

FIG. 9

Exhibit 1
Page 10

5,045,268

CROSS-LAMINATION INJECTION MOLDING

## BACKGROUND OF THE INVENTION

The present invention generally pertains to injection molding of plastic products and is particularly directed to a method and a system for producing cross laminated products with greatly improved flexure and impact strength.

## SUMMARY OF THE INVENTION

The present invention provides a method of injection molding a plastic product, that has a cross-laminated section including a first plastic layer and a second plastic layer, in a mold system comprising a first mold cavity with a first-layer-defining-mold-cavity-section and a second mold cavity with a second-layer-defining-mold-cavity-section that has a second-cavity-section-wall, the method comprising the steps of:

(a) injecting a quantity of first plastic into the first mold cavity so that first plastic flows in the first-layer-defining-mold-cavity-section in a first predetermined general direction;

(b) solidifying at least partly the flowed first plastic in the first-layer-defining-mold-cavity-section to thereby form said first plastic layer having a first-direction-flow-record;

(c) adjusting the mold system to thereby provide the second mold cavity with the second-cavity-section-wall including said first plastic layer;

(d) injecting a quantity of second plastic into the second mold cavity so that second plastic flows in the second-layer-defining-mold-cavity-section in a second predetermined general direction, whereby second plastic in the second-layer-defining-mold-cavity-section fuses with said first plastic layer;

(e) solidifying the flowed second plastic in the second-layer-defining-mold-cavity-section to thereby form said second plastic layer, so that the second plastic layer has a second-direction-flow-record which is positively different from said first-direction-flow-record, to thereby form said plastic product with said cross-laminated section that includes both the first plastic layer and the second plastic layer and

(f) adjusting the mold system to thereby eject the product, and prepare for the next production cycle.

For high efficiency production, it is an advantage to operate two sets of mold systems concurrently in the same injection molding machine, but displaced in time so that the first injection, first solidifying and first adjusting step of one mold system set takes place generally simultaneously with the second injection, second solidifying and second adjusting step of the other system set.

The above mentioned method may be generalized for the production of products with three or more layers, therefore the present invention also provides a method of injection molding a plastic product, with a cross-laminated section that includes a primary layer, a secondary plastic layer and a tertiary plastic layer, in a mold system comprising a primary-layer-defining-mold-cavity-section a secondary mold cavity with a secondary-layer-defining-mold-cavity-section with a secondary-cavity-section-wall, and a tertiary mold cavity with a tertiary-layer-defining-mold-cavity-section with a tertiary-cavity-section-wall, the method comprising the steps of:

(a) injecting a quantity of primary plastic into the primary mold cavity so that the primary plastic flows in the primary-layer-defining-mold-cavity-section in a primary predetermined general direction;

(b) solidifying at least partly the flowed primary plastic in the primary-layer-defining-mold-cavity-section to thereby form said primary plastic layer having a primary-direction-flow-record;

(c) adjusting the mold system to thereby provide the secondary mold cavity with the secondary-cavity-section-wall including said secondary plastic layer;

(d) injecting a quantity of secondary plastic into the secondary mold cavity so that secondary plastic flows in the secondary-layer-defining-mold-cavity-section in a secondary predetermined general direction, and fusing the secondary plastic in the secondary-layer-defining-mold-cavity-section with said primary plastic layer;

(e) solidifying at least partly the flowed secondary plastic in the secondary-layer-defining-mold-cavity-section to thereby form said secondary plastic layer having a secondary-direction-flow-record, and so that the secondary plastic layer has a secondary-direction-flow-record which is positively different from said primary-direction-flow-record;

(f) adjusting the mold system to thereby provide the tertiary mold cavity with the tertiary-cavity-section-wall including said secondary plastic layer;

(g) injecting a quantity of tertiary plastic into the tertiary mold cavity so that tertiary plastic flows in the tertiary-layer-defining-mold-cavity-section in a tertiary predetermined general direction, whereby tertiary plastic in the tertiary-layer-defining-mold-cavity-section fuses with said secondary plastic layer;

(h) solidifying the flowed tertiary plastic in the tertiary-layer-defining-mold-cavity-section to thereby form said tertiary plastic layer, so that the tertiary plastic layer has a tertiary-direction-flow-record which is positively different from said secondary-direction-flow-record, to thereby form said plastic product with said cross-laminated section that includes all of the primary plastic layer, the secondary plastic layer and the tertiary plastic layer and

(i) adjusting the mold system to thereby eject the product, and prepare for the next production cycle.

For high efficiency production, it is an advantage to operate three sets of mold systems concurrently in the same injection molding machine, but displaced in time so that the first injection, first solidifying and first adjusting step of one mold system set takes place generally simultaneously with the second injection, second solidifying and second adjusting step of an other mold system set, which takes place generally simultaneously with the third injection, third solidifying and third adjusting step of the remaining mold system set.

The present invention also provides a molding system for practicing the invented process, and a product made in accordance with the invented process as mentioned above.

Additional features of the present invention are described in relation to the description of the preferred embodiments.

**Exhibit 1**
**Page 11**

Copy provided by PTCS from the PTO APS Image Data Base on  03/12/1998

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a partial sectional view of a first mold cavity encasing a first plastic layer of a first preferred embodiment in accordance with the invention.

FIG. 2 is a partial sectional view of a second mold cavity encasing a second plastic layer of the first preferred embodiment in accordance with the invention. Also shown is a sectional view of a cross-laminated product section taken along line 2—2 in FIG. 3.

FIG. 3 is a transparent partial view of a cross-laminated product which has been molded by the first and second mold cavities shown in FIG. 1 and FIG. 2.

FIG. 4 is a partial sectional view of a first mold cavity encasing a first plastic layer of a second preferred embodiment in accordance with the invention.

FIG. 5 is a partial sectional view of a second mold cavity encasing a second plastic layer of the second preferred embodiment in accordance with the invention. Also shown is a sectional view of a cross-laminated product section taken along line 5—5 in FIG. 6.

FIG. 6 is a transparent partial view of a cross-laminated product which has been molded by the first and second mold cavities shown in FIG. 5 and FIG. 6.

FIG. 7 is a partial sectional view of a first mold cavity encasing a first plastic layer of a third preferred embodiment in accordance with the invention.

FIG. 8 is a partial sectional view of a second mold cavity encasing a second plastic layer of the third preferred embodiment in accordance with the invention. Also shown is a sectional view of a cross-laminated product section taken along line 8—8 in FIG. 9.

FIG. 9 is a transparent view of a cross-laminated product which has been molded by the first and second mold cavities shown in FIG. 7 and FIG. 8.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

The first preferred embodiment is illustrated in FIGS. 1–3.

Shown is a mold system comprising a first mold cavity 1 with a first-layer-defining-mold-cavity-section 2 and a second mold cavity 3 with a second-layer-defining-mold-cavity-section 4 with a second-cavity-section-wall 5.

The first mold cavity 1 comprises a first-cavity-flow-channel 6 which is located adjacent the first-layer-defining-mold-cavity-section 2, the second-layer-defining-mold-cavity-section 4 with thickness C is as least as thick as the first-cavity-flow-channel 6 with thickness F, whereby it is possible to mold the product without a ribbed surface.

The mold system includes a first mold 7 having a first mold part 8 which includes a gate, and a complementary mold part 9. The mold system further includes a second mold 10 having a second mold part 11 which also includes a gate and the same complementary mold part 9.

The system is operated by injecting a quantity of first plastic into the first mold cavity 1 so that first plastic flows in the first-layer-defining-mold-cavity-section 2 in a first predetermined general direction, as indicated by a first arrow 12.

The flowed first plastic is then at least partly solidified in the first-layer-defining-mold-cavity-section 2 to thereby form a first plastic layer 13 having a first-direction-flow-record, similarly indicated by arrow 12.

The mold system is then adjusted to thereby provide the second mold cavity 3 with the second-cavity-section-wall 5 including the first plastic layer 13.

A quantity of second plastic is then adjusted into the second mold cavity 3 so that second plastic flows in the second-layer-defining-mold-cavity-section 4 in a second predetermined general direction, indicated by a second arrow 14, whereby second plastic in the second-layer-defining-mold-cavity-section fuses with the first plastic layer 13.

The flowed second plastic is then adjusted in the second-layer-defining-mold-cavity-section 4, to thereby form a second plastic layer 15, so that the second plastic layer 15 has a second-direction-flow-record, similarly indicated by the second arrow 14, which is approximately at right angle to the first-direction-flow-record and therefore is positively different from the first-direction-flow-record, indicated by the first arrow 12, to thereby form a plastic product 16 with a cross-laminated section 17 that includes both the first plastic layer 13 and the second plastic layer 15. Arrows showing the flow direction of the second plastic are dotted.

The mold system is then adjusted to thereby eject the plastic product 16. The plastic product 16 has gate marks 20 formed by gate means, not shown, of the first gate part 8, for injecting the first plastic.

When injecting the quantity of first plastic into the first mold cavity 1 so that first plastic flows in the first-layer-defining-mold-cavity-section 2 in a first predetermined general direction, as indicated by the first arrow 12, the first plastic is directed into the first-layer-defining-mold-cavity-section 2 via the first-cavity-flow-channel 6, so that the first plastic flows in the first-cavity-flow-channel 6 in a direction, which is indicated by a third arrow 13, which is positively different from the first predetermined general direction, which was indicated by the first arrow 12. The angle between the flow directions depend mostly on relative cavity thicknesses within the first mold cavity.

The second plastic layer 15 is molded with a wall thickness which is much thicker than the first plastic layer 13.

When, the mold system is adjusted to thereby provide the second mold cavity 3 with the second-cavity-section-wall 5 including the first plastic layer 13, the mold system is adjusted by separating the first gate part 8 from the complementary part 9 and combining the second gate part 11 with the complementary part 9 while retaining the first plastic layer 13 with the complementary part 9, thereby transferring the first plastic layer 13 from the first mold 7 to the second mold 10 in order to compose the second mold cavity 3 subsequent to the second-cavity-section-wall 5 including the first plastic layer 13.

When the mold system is adjusted to thereby provide the second mold cavity 3 with the second-cavity-section-wall 5 including the first plastic layer 13, a substance 19 is added to the surface of the first plastic layer 13, before the first plastic 13 layer fuses with the second plastic layer 15, in order to seal the substance between the first plastic layer 13 and the second plastic layer 15. The substance may for example be deposited as a result of a printing process, a fluorination process or an aluminizing process or for other reasons.

The first plastic of this first embodiment is a polystyrene plastic resin in a red colour and the second plastic is a clear transparent polystyrene.

Exhibit 1
Page 12

Copy provided by PTCS from the PTO APS Image Data Base on   03/12/1998

5,045,268

5

6

It is also possible to mold the plastic layer 13 and the second plastic layer 15 in the reverse order. Then the second plastic layer 15 is molded with a wall thickness which is much thinner than the first plastic layer 13, and the second plastic layer 15 is still molded with a second-direction-flow-record which is approximately at a right angle to the first-direction-flow-record. Since the flow of molten plastic in a mold is slightly improved when one of the mold walls is made of an other plastic material with a heat conductivity which is much lower than that of steel, the flow directions of the injected plastic may vary slightly when the order of injection is reversed.

It is usually an advantage to inject the thinnest layer last, since the thinnest layer require the highest injection pressure, this pressure may be reduced when injecting into a mold where one side wall of a cavity is made up of another plastic material.

The second preferred embodiment is illustrated in FIGS. 4–6.

Shown is a mold system comprising a first mold cavity 21 with a first-layer-defining-mold-cavity-section 22 and a second mold cavity 23 with a second-layer-defining-mold-cavity-section 24 with a second-cavity-section-wall 25.

The first mold cavity 21 comprises a first-cavity-flow-channel 26 which is located adjacent the first-layer-defining-mold-cavity-section 22, the second-layer-defining-mold-cavity-section 24 with thickness G is as least as thick as the first-cavity-flow-channel 26 with thickness H, whereby it is possible to mold the plastic product 36 without a ribbed surface. The second mold cavity 23 comprises a second-cavity-flow-channel 39 which is located adjacent the second-layer-defining-mold-cavity-section 24, the first-layer-defining-mold-cavity-section 22 with thickness K is at least as thick as the second-cavity-flow-channel 39 with thickness L, whereby it is possible to mold the plastic product 36 without a ribbed surface.

The mold system includes a first mold 27 with a first mold cavity 21, and a separate second mold 30 with a second mold cavity 23, each mold has its own gate means, not shown.

The system is operated by injecting a quantity of first plastic into the first mold cavity 21 so that first plastic flows in the first-layer-defining-mold-cavity-section 22 in a first predetermined general direction, as indicated by a first arrow 32.

The flowed first plastic is then at least partly solidified in the first-layer-defining-mold-cavity-section 22 to thereby form a first plastic layer 33 having a first-direction-flow-record, similarly indicated by arrow 32.

The mold system is then adjusted to thereby provide the second mold cavity 23 with the second-cavity-section-wall 25 including the first plastic layer 33.

A quantity of second plastic is then injected into the second mold cavity 23 so that second plastic flows in the second-layer-defining-mold-cavity-section 24 in a second predetermined general direction, indicated by a second arrow 34, whereby second plastic in the second-layer-defining-mold-cavity-section fuses with the first plastic layer 33.

The flowed second plastic is then solidified in the second-layer-defining-mold-cavity-section 24, to thereby form a second plastic layer 35, so that the second plastic layer 35 has a second-direction-flow-record, similarly indicated by the second arrow 34, which is approximately at a right angle to the first-direction-

flow-record, and the e is positively different from the first-direction-flow-record, indicated by the first arrow 32, to thereby form a plastic product 36 with a cross-laminated section 37 that includes both the first plastic layer 33 and the second plastic layer 35. Arrows showing the flow direction of the second plastic are dotted.

The mold system is then adjusted to thereby eject the plastic product 36. The plastic product 36 has ate marks 29 formed by gate means, not shown, of the first mold cavity 21, for injecting the first plastic and other gate marks 28 formed by gate means, not shown, of the second mold cavity 23, for injecting the second plastic. When injecting the quantity of first plastic into the first mold cavity 21 so that first plastic flows in the first-layer-defining-mold-cavity-section 22 in a first predetermined general direction, as indicated by the first arrow 32, the first plastic is directed into the first-layer-defining-mold-cavity-section 22 via the first-cavity-flow-channel 26, so that the first plastic flows in the first-cavity-flow-channel 26 in a direction, which is indicated by a third arrow 33, which is positively different from the first predetermined general direction, which was indicated by the first arrow 32. The angle between the flow directions depend mostly on relative cavity thicknesses within the first mold cavity.

When injecting the quantity of second plastic into the second mold cavity 23 so that second plastic flows in the second-layer-defining-mold-cavity-section 24 in a second predetermined general direction, as indicated by a second arrow 34, the second plastic is directed into the second-layer-defining-mold-cavity-section 24 via the second-cavity-flow-channel 39, so that the second plastic flows in the second-cavity-flow-channel 39 in a direction, which is indicated by a fourth arrow 40, which is positively different from the second predetermined general direction, which was indicated by the second arrow 34. The angle between the flow directions depend mostly on relative cavity thicknesses within the second mold cavity. The first plastic layer 33 is molded with a wall thickness which is approximately the same as the wall thickness of the second plastic layer 35.

When the mold system is adjusted thereby providing the second mold cavity 23 with the second-cavity-section-wall 25 including the first plastic layer 33, the mold system is adjusted by transferring the first plastic layer 33 from the first mold 27 to the second mold 30, for example with the help of a robot, in order to compose the second mold cavity 23 subsequent to the second-cavity-section-wall 25 including the first plastic layer 33.

When the mold system is adjusted thereby providing the second mold cavity 23 with the second-cavity-section-wall 25 including the first plastic layer 33, a substance 31 is added to the surface of the first plastic layer 33, before the first plastic 33 layer fuses with the second plastic layer 35, in order to seal the substance between the first plastic layer 33 and the second plastic layer 35. The substance may for example be deposited as a result of a printing process, a fluorination process or an aluminizing process or for other reasons.

The first plastic is an ABS plastic resin and the second plastic is a PVC plastic resin.

The third preferred embodiment is illustrated in FIGS. 7–9.

Shown is a mold system comprising a first mold cavity 41 with a first-layer-defining-mold-cavity-section 42 and a second mold cavity 43 with a second-layer-defin-

Exhibit 1
Page 13

Copy provided by PTCS from the PTO APS Image Data Base on   03/12/1998

ing-mold-cavity-section 44 w second-cavity-section-wall 45.

The system is operated by injecting a quantity of first plastic into the first mold cavity 41 so that first plastic flows in the first-layer-defining-mold-cavity-section 42 in a first predetermined general direction, as indicated by a first arrow 52.

The flowed first plastic is then at least partly solidified in the first-layer-defining-mold-cavity-section 42 to thereby form a first plastic layer 53 having a first-direction-flow-record, similarly indicated by arrow 52.

The mold system is then adjusted to thereby provide the second mold cavity 43 with the second-cavity-section-wall 45 including the first plastic layer 53.

A quantity of second plastic is then injected into the second mold cavity 43 so that second plastic flows in the second-layer-defining-mold-cavity-section 44 in a second predetermined general direction, indicated by a second arrow 54, whereby second plastic in the second-layer-defining-mold-cavity-section fuses with the first plastic layer 53. The flowed second plastic is then solidified in the second-layer-defining-mold-cavity-section 44, to thereby form a second plastic layer 55, so that the second plastic layer 55 has a second-direction-flow-record, similarly indicated by the second arrow 54, which is approximately at a right angle to the first-direction-flow-record, and therefore is positively different from the first-direction-flow-record, indicated by the first arrow 52, to thereby form a plastic product 56 with a cross-laminated section 57 that includes both the first plastic layer 53 and the second plastic layer 55. Arrows showing the flow direction of the second plastic are dotted.

The mold system is then adjusted to thereby eject the plastic product 56.

The first plastic layer 53 is molded with a wall thickness which is approximately the same as the wall thickness of the second plastic layer 55.

The first mold cavity 41 comprises a retractable wall section 46 and becomes the second mold cavity 43 subsequent to the retractable wall section being retracted and the second-cavity-section-wall 45 becoming inclusive of the first plastic layer 53.

When the mold system is adjusted thereby providing the second mold cavity 43 with the second-cavity-section-wall 45 including the first plastic layer 53, the mold system is adjusted by retracting the retractable wall section 46, so that the second mold cavity 43 retains the first plastic layer 53.

The first plastic and the second plastic is injected through a shared gate 59.

The first plastic is a clear transparent polystyrene plastic resin and the second plastic is also a clear transparent polystyrene plastic resin.

While the above description contains many specificities, these should not be construed as limitations on the scope of the invention, but rather as exemplification of the preferred embodiments thereof. Many other variations are possible. All embodiments have for simplification been shown applied to flat plastic products, but the invention is equally applicable to products which have non flat surfaces, particularly hollow cup shaped products.

The shown embodiments also all have a non ribbed surface, but in many cases a ribbed surface is advantageous, and the invention applies equally well to products with ribbed surfaces.

The various parts shown in a specific preferred embodiment also applies to the other preferred embodiments, it is for example quite possible to cover the surface of the first plastic layer of the third preferred embodiment with a substance as is shown in the first and second preferred embodiments.

When the first and second plastic material is the same material it is not necessary to use an injection molding machine with more than one injection unit.

I claim:

1. A method of injection molding a plastic product, with a cross-laminated section that includes a first plastic layer and a second plastic layer, in a mold system comprising a first mold cavity with a first-layer-defining-mold-cavity-section and a second mold cavity with a second-layer-defining-mold-cavity-section with a second-cavity-section-wall, the method comprising the steps of:

(a) injecting a quantity of first plastic into the first mold cavity so that the first plastic follows in the first-layer-defining-mold-cavity-section in a first predetermined general direction,

(b) solidifying at least partly the flowed first plastic in the first-layer-defining-mold-cavity-section to thereby form said first plastic layer having a first-direction-flow-record,

(c) adjusting the mold system to thereby provide the second mold cavity with the second-cavity-section-wall including said first plastic layer,

(d) injecting a quantity of second plastic into the second mold cavity so that the second plastic flows in the second-layer-defining-mold-cavity-section in a second predetermined general direction, whereby the second plastic in the second-layer-defining-mold-cavity-section fuses with said first plastic layer,

(e) solidifying the flowed second plastic in the second-layer-defining-mold-cavity-section to thereby form said second plastic layer, so that the second plastic layer has a second-direction-flow-record which is positively different from said first-direction-flow-record, to thereby form said plastic product with said cross-laminated section that includes both the first plastic layer and the second plastic layer, and

(f) adjusting the mold system to thereby eject the product,

wherein the first mold cavity comprises a first-cavity-flow-channel which is located adjacent the first-layer-defining-mold-cavity-section, with a flow channel being defined as a portion of a mold cavity which is significantly thicker and wider than the adjacent mold cavity thickness for the purpose of directing the flow of injected plastic, and wherein step (a) comprises the step of:

(g) directing the first plastic into the first-layer-defining-mold-cavity-section via the first-cavity-flow-channel, so that the first plastic flows in the first-cavity-flow-channel in a direction which is positively different from said first predetermined general direction.

2. A method according to claim 1, wherein the second mold cavity comprises a second-cavity-flow-channel which is located adjacent said second-layer-defining-mold-cavity-section, and wherein step (d) comprises the step of:

(h) directing second plastic into the second-layer-defining-mold-cavity-section via the second-cavi-

**Exhibit 1**
**Page 14**

Copy provided by PTCS from the PTO APS Image Data Base on 03/12/1998

ty-flow-channel, so that th     ld plastic flows in the second-cavity-flow-cha...el in a direction which is positively different from said second predetermined general direction.

3. A method according to claim 2, wherein the second-layer-defining-mold-cavity-section is at least as thick as said first-cavity-flow-channel, and wherein the first-layer-defining-mold-cavity-section is at least as thick as said second-cavity-flow-channel.

4. A method according to claim 1, wherein the cross-laminated section of the plastic product includes a primary plastic layer, and the mold system includes a primary mold cavity with a primary-layer-defining-mold-cavity-section, and the first-layer-defining-mold-cavity-section has a first-cavity-section-wall, and prior to beginning step (a) the method comprises the steps of:

(h) injecting a quantity of primary plastic into the primary mold cavity so that the primary plastic flows in the primary-layer-defining-mold-cavity-section in a primary predetermined general direction,

(i) solidifying at least partly the flowed primary plastic in the primary-layer-defining-mold-cavity-section to thereby form said primary plastic layer having a primary-direction-flow-record,

(j) adjusting the mold system to thereby provide the first mold cavity with the first-cavity-section-wall including said first plastic layer,

wherein step (a) comprises the step of:

(k) fusing the first plastic in the first-layer-defining-mold cavity-section with said primary plastic layer,

wherein step (b) comprises the step of:

(l) solidifying at least partly the flowed first plastic in the first-layer-defining-mold-cavity-section, so that the first plastic layer has a first-direction-flow-record which is positively different from said primary-direction-flow-record.

5. A method according to claim 1, wherein said second plastic layer is molded with a second-direction-flow-record which is approximately at a right angle to said first-direction-flow-record.

6. A method according to claim 5, wherein said second plastic layer is molded with a wall thickness which is approximately the same as the wall thickness of the first plastic layer.

7. A method according to claim 5, wherein said second plastic layer is molded with a wall thickness which is much thicker than said first plastic layer.

8. A method according to claim 1, wherein said second plastic layer is molded with a wall thickness which is approximately the same as the wall thickness of the first plastic layer.

9. A method according to claim 1, wherein said second plastic layer is molded with a wall thickness which is much thicker than said first plastic layer.

10. A method according to claim 9, wherein said second plastic layer is molded with a second-direction-flow-record which is approximately at a right angle to said first-direction-flow-record.

11. A method according to claim 1, wherein the first plastic and the second plastic are injected through at least one shared gate means.

12. A method according to claim 1, wherein the first plastic and the second plastic are injected through separate gate means.

13. A method according to claim 1, wherein the first mold cavity comprises a retractable wall section and becomes the second mold cavity subsequent to the re-tractable wall sectio    g retracted and subsequent to the second-cavity-section-wall becoming inclusive of said first plastic layer, wherein step (c) comprises the step of:

(h) adjusting the mold system by retracting the re-tractable wall section, so that the second mold cavity retains said first plastic layer.

14. A method according to claim 1, wherein the mold system includes a first mold with a first gate part and a complementary part and the mold system further includes a second mold with a second gate part and the same complementary part, wherein step (c) comprises the step of:

(h) adjusting the mold system by separating the first gate part from the complementary part and combining the second gate part with the complementary part while retaining the first plastic layer with the complementary part, thereby transferring the first plastic layer from the first mold to the second mold in order to compose said second mold cavity subsequent to the second-cavity-section-wall including said first plastic layer.

15. A method according to claim 1, wherein the mold system includes a first mold with a first mold cavity and a separate second mold with a second mold cavity, wherein step (c) comprises the step of:

(h) transferring the first plastic layer from the first mold to the second mold in order to compose said second mold cavity subsequent to the second-cavity-section-wall including said first plastic layer.

16. A method according to claim 1, wherein step (c) includes the step of:

(h) adding a substance to the surface of the first plastic layer, before step (d) wherein the first plastic layer fuses with the second plastic layer, in order to seal the substance between the first plastic layer and the second plastic layer.

17. A method according to claim 1, wherein the first plastic is the same material and the same color or transparency as the second plastic.

18. A method according to claim 1, wherein the first plastic is the same material as the second plastic but the first plastic has a different color or transparency than the second material.

19. A method according to claim 1, wherein the first plastic is a material which has a different chemical composition than the second plastic.

20. A method according to claim 1, wherein the second-layer-defining-mold-cavity-section is at least as thick as said first-cavity-flow-channel.

21. A method of injection molding a plastic product, with a cross-laminated section that includes a first plastic layer and a second plastic layer, in a mold system comprising a first mold cavity with a first-layer-defining-mold-cavity-section and a second mold cavity with a second-layer-defining-mold-cavity-section with a second-cavity-section-wall, the method comprising the steps of:

(a) injecting a quantity of first plastic into the first mold cavity so that the first plastic flows in the first-layer-defining-mold-cavity-section in a first predetermined general direction,

(b) solidifying at least partly the flowed first plastic in the first-layer-defining-mold-cavity-section to thereby form said first plastic layer having a first-direction-flow-record,

11

(c) adjusting the mold system thereby provide the second mold cavity with the second-cavity-section-wall including said first plastic layer,

(d) injecting a quantity of second plastic into the second mold cavity so that the second plastic flows in the second-layer-defining-mold-cavity-section in a second predetermined general direction, whereby the second plastic in the second-layer-defining-mold-cavity-section fuses with said first plastic layer

(e) solidifying the flowed second plastic in the second-layer-defining-mold-cavity-section to thereby form said second plastic layer, so that the second plastic layer has a seconddirection-flow-record which is positively different from said first-direction-flow-record, to thereby form said plastic product with said cross-laminated section that includes both the first plastic layer and the second plastic layer, and

(f) adjusting the mold system to thereby eject the product,

wherein the second mold cavity comprises a second-cavity-flow-channel which is located adjacent said second-layer-defining-mold-cavity-section, with a flow channel being defined as a portion of a mold cavity which is significantly thicker and wider than the adjacent mold cavity thickness for the purpose of directing the flow of injected plastic, and wherein step (d) comprises the step of:

(g) directing second plastic into the second-layer-defining-mold-cavity-section via the second-cavity-flow-channel, so that the second plastic flows in the second-cavity-flow-channel in a direction which is positively different from said second predetermined general direction.

22. A method according to claim 21, wherein the cross-laminated section of the plastic product includes a primary plastic layer, and the mold system includes a primary mold cavity with a primary-layer-defining-mold-cavity-section, and the first-layer-defining-mold-cavity-section has a first-cavity-section-wall, and prior to beginning step (a) the method comprises the steps of:

(h) injecting a quantity of primary plastic into the primary mold cavity so that the primary plastic flows in the primary-layer-defining-mold-cavity-section in a primary predetermined general direction,

(i) solidifying at least partly the flowed primary plastic in the primary-layer-defining-mold-cavity-section to thereby form said primary plastic layer having a primary-direction-flow-record,

(j) adjusting the mold system to thereby provide the first mold cavity with the first-cavity-section-wall including said first plastic layer,

wherein step (a) comprises the step of:

(k) fusing the first plastic in the first-layer-defining-mold-cavity-section with said primary plastic layer,

wherein step (b) comprises the step of:

(l) solidifying at least partly the flowed first plastic in the first-layer-defining-mold-cavity-section, so that the first plastic layer has a first-direction-flow-record which is positively different from said primary-direction-flow-record.

23. A method according to claim 21, wherein said second plastic layer is molded with a second-direction-flow-record which is approximately at a right angle to said first-direction-flow-record.

12

24. A method according to claim 23, wherein said second plastic layer is molded with a wall thickness which is approximately the same as the wall thickness of the first plastic layer.

25. A method according to claim 23, wherein said second plastic layer is molded with a wall thickness which is much thicker than said first plastic layer.

26. A method according to claim 21, wherein said second plastic layer is molded with a wall thickness which is approximately the same as the wall thickness of the first plastic layer.

27. A method according to claim 21, wherein said second plastic layer is molded with a wall thickness which is much thicker than said first plastic layer.

28. A method according to claim 27, wherein said second plastic layer is molded with a second-direction-flow-record which is approximately at a right angle to said first-direction-flow-record.

29. A method according to claim 21, wherein the first plastic and the second plastic are injected through at least one shared gate.

30. A method according to claim 21, wherein the first plastic and the second plastic are injected through separate gate means.

31. A method according to claim 21, wherein the first mold cavity comprises a retractable wall section and becomes the second mold cavity subsequent to the retractable wall section being retracted and subsequent to the second-cavity-section-wall becoming inclusive of said first plastic layer, wherein step (c) comprises the step of:

(h) adjusting the mold system by retracting the retractable wall section, to the second mold cavity retains said first plastic layer.

32. A method according to claim 21, wherein the mold system includes a first mold with a first gate part and a complementary part and the mold system further includes a second mold with a second gate part and the same complementary part, wherein step (c) comprises the step of:

(h) adjusting the mold system by separating the first gate part from the complementary part and combining the second gate part with the complementary part while retaining the first plastic layer with the complementary part, thereby transferring the first plastic layer from the first mold to the second mold in order to compose said second mold cavity subsequent to the second-cavity-section-wall including said first plastic layer.

33. A method according to claim 21, wherein the mold system includes a first mold with a first mold cavity and a separate second mold with a second mold cavity, wherein step (c) comprises the step of:

(h) transferring the first plastic layer form the first mold to the second mold in order to compose said second mold cavity subsequent to the second-cavity-section-wall including said first plastic layer.

34. A method according to claim 21, wherein step (c) includes the step of:

(h) adding a substance to the surface of the first plastic layer, before step (d) wherein the first plastic layer fuses with the second plastic layer, in order to seal the substance between the first plastic layer and the second plastic layer.

35. A method according to claim 21, wherein the first plastic is the same material and the same color or transparency as the second plastic.

Exhibit 1
Page 16

Copy provided by PTCS from the PTO APS Image Data Base on   03/12/1998

13

36. A method according to claim 1, wherein the first plastic is the same material as the second plastic but the first plastic has a different color or transparency than the second material.

37. A method according to claim 21, wherein the first

14

plastic is a material which has a different chemical composition than the second plastic.

38. A method according to claim 21, wherein the first-layer-defining-mold-cavity-section is at least as thick as said second-cavity-flow-channel.

*   *   *   *   *

10

15

20

25

30

35

40

45

50

55

60

65

Copy provided by PTCS from the PTO APS Image Data Base on   03/12/1998

**Exhibit 1**
**Page 17**

# CERTIFICATE OF CORRECTION

PATENT NO.    :   5,045,268

DATED         :   September 3, 1991

INVENTOR(S)  :   Jens O. Sorensen

Page 1 of 2

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Title page : In the Abstract, Penultimate line, change "The" to --In another embodiment, the--.

Column 3, line 50, change "as" (first occurrence) to --at--.

Column 3, line 51, change "with" to --minus the first-layer-defining mold cavity section 2 with resulting--.

Column 4, line 4, change "adjusted" to --injected--.

Column 4, line 11, change "adjusted" to --solidified--.

Column 5, line 29, change "as" to --at--.

Column 5, line 30, change "with" to --minus the first-layer-defining mold cavity section 22 with resulting--.

Column 5, line 35, after "24", change the comma to a period; and change "the" to --The--.

Column 5, line 37, change "with" to --minus the second-layer-defining mold cavity section 24 with resulting--.

Column 6, line 9, change "ate" to --gate--.

Column 8, line 20, change "follows" to --flows--.

Column 9, line 7, after "channel", delete the comma and insert -- minus the first-layer-defining mold cavity section,--.

Column 9, line 9, after "channel", delete the period and insert -- minus the second-layer-defining mold cavity section.--.

Column 10, line 51, after "channel", delete the period and insert -- minus the first-layer-defining mold cavity section.--.

Column 12, line 33, change "to" to --so that--.

Exhibit 1
Page 18

# CERTIFICATE OF CORRECTION

PATENT NO.    :   5,045,268

DATED         :   September 3, 1991

INVENTOR(S)  :   Jens O. Sorensen

Page 2 of 2

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 12, line 55, change "form" to --from--.

Column 14, line 5, after "channel", delete the period and insert -- minus the second-layer-defining mold cavity section.--.

Signed and Sealed this

Thirteenth Day of June, 1995

*Attest:*

**BRUCE LEHMAN**

*Attesting Officer*        *Commissioner of Patents and Trademarks*

Exhibit 1
Page 19

FORM PTO-1619A
Expires 06/30/99
OMB 0651-0027

U.S. Department of Commerce
Patent and Trademark Office
**PATENT**

# RECORDATION FORM COVER SHEET
## PATENTS ONLY

**TO: The Commissioner of Patents and Trademarks:  Please record the attached original document(s) or copy(ies).**

| Submission Type | Conveyance Type | |
|---|---|---|
| [X] **New** | ☐ **Assignment** | ☐ **Security Agreement** |
| ☐ **Resubmission (Non-Recordation)** Document ID# | [X] **License** | ☐ **Change of Name** |
| ☐ **Correction of PTO Error** Reel #_____ Frame #_____ | ☐ **Merger** | ☐ **Other** _____ |
| ☐ **Corrective Document** Reel #_____ Frame #_____ | **U.S. Government** (For Use ONLY by U.S. Government Agencies) ☐ **Departmental File** | ☐ **Secret File** |

## Conveying Party(ies)                    ☐ Mark if additional names of conveying parties attached

|  |  | Execution Date Month Day Year |
|---|---|---|
| Name (line 1) | SORENSEN, Jens Ole | 02  18  99 |
| Name (line 2) |  |  |
| **Second Party** Name (line 1) |  | Execution Date Month Day Year |
| Name (line 2) |  |  |

## Receiving Party                    ☐ Mark if additional names of receiving parties attached

| Name (line 1) | TURN-KEY-TECH, LLC | ☐ If document to be recorded is an assignment and the receiving party is not domiciled in the United States, an appointment of a domestic representative is attached. (Designation must be a separate document from Assignment.) |
|---|---|---|
| Name (line 2) | a California limited liability company | |
| Address (line 1) | 9930 Mesa Rima Road | |
| Address (line 2) | | |
| Address (line 3) | San Diego | CA | 92121 |
|  | City | State/Country | Zip Code |

## Domestic Representative Name and Address          Enter for the first Receiving Party only.

| Name |  |
|---|---|
| Address (line 1) |  |
| Address (line 2) |  |
| Address (line 3) |  |
| Address (line 4) |  |

### FOR OFFICE USE ONLY

Public burden reporting for this collection of information is estimated to average approximately 30 minutes per Cover Sheet to be recorded, including time for reviewing the document and gathering the data needed to complete the Cover Sheet.  Send comments regarding this burden estimate to the U.S. Patent and Trademark Office, Chief Information Officer, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Paperwork Reduction Project (0651-0027), Washington, D.C. 20503.  See OMB Information Collection Budget Package  0651-0027, Patent and Trademark Assignment Practice.  DO NOT SEND REQUESTS TO RECORD ASSIGNMENT DOCUMENTS TO THIS ADDRESS.

**Mail documents to be recorded with required cover sheet(s) information to:**
**Commissioner of Patents and Trademarks, Box Assignments , Washington, D**

Exhibit 2
Page 20

| FORM PTO-1619B<br>Express 06/30/99<br>OMB 0651-0027 | **Page 2** | U.S. Department of Commerce<br>Patent and Trademark Office<br>**PATENT** |
|---|---|---|

## Correspondent Name and Address

**Area Code and Telephone Number** | 619-259-5533

**Name** | EDWARD W. CALLAN

**Address (line 1)** | 3830 VALLEY CENTRE DRIVE, NO. 705-452

**Address (line 2)** | SAN DIEGO, CA 92130

**Address (line 3)** |

**Address (line 4)** |

## Pages

Enter the total number of pages of the attached conveyance document including any attachments.    # | 1

## Application Number(s) or Patent Number(s)

☐ Mark if additional numbers attached

*Enter either the Patent Application Number or the Patent Number (DO NOT ENTER BOTH numbers for the same property).*

**Patent Application Number(s)**                    **Patent Number(s)**

|  |  |  | 5,045,268 |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

If this document is being filed together with a <u>new</u> Patent Application, enter the date the patent application was signed by the first named executing inventor.

| Month | Day | Year |
|---|---|---|
|  |  |  |

## Patent Cooperation Treaty (PCT)

Enter PCT application number <u>only if</u> a U.S. Application Number has not been assigned.

PCT |          PCT |          PCT |

PCT |          PCT |          PCT |

## Number of Properties

Enter the total number of properties involved.    # | 1

## Fee Amount

Fee Amount for Properties Listed (37 CFR 3.41):  $ | 40.00

**Method of Payment:**    Enclosed ☒    Deposit Account ☐
**Deposit Account**
(Enter for payment by deposit account or if additional fees can be charged to the account.)

Deposit Account Number:    # | 03-0375

Authorization to charge additional fees:    Yes ☒    No ☐

## Statement and Signature

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document. Charges to deposit account are authorized, as indicated herein.*

EDWARD W. CALLAN                    *Edward W Callan*                    02/19/99

**Name of Person Signing**            **Signature**                    **Date**

Expree Mail Label No. EE253477968US

Exhibit 2
Page 21

## ACKNOWLEDGEMENT OF EXCLUSIVE LICENSE
## UNDER US PATENT 5,045,268

I, Jens Ole Sorensen, an individual residing in the Cayman Islands, B.W.I., am the sole owner of the United States Patent No. 5,045,268.

BE IT KNOWN that on November 3, 1998, I exclusively licensed to Turn-Key-Tech LLC, a California limited liability company located at 9930 Mesa Rim Road, San Diego, California 92121, all substantial rights under said patent.

These substantial rights exclusively licensed by me to Turn-Key-Tech, LLC include the exclusive rights under said Patent (i) to make, have made, use, offer to sell and sell within the United States and to import into the United States any and all of the inventions of said Patent, including but not limited to articles, processes, apparatus and systems covered thereby; (ii) to irrevocably sublicense third parties to make, have made, use, offer to sell and sell within the United States and to import into the United States any and all of the inventions of said Patent for the entire duration thereof, including but not limited to articles, processes, apparatus and systems covered thereby; and (iii) to prevent others from any and all acts constituting infringement of said Patent under Title 35 United Stated Code Section 271, including the exclusive right to sue and obtain all remedies in law and in equity for all past, present and future infringement of said Patent.

I have reserved no right to make, have made, use offer to sell, or sell within the United States or to import into the United States the inventions, nor to grant licenses under said Patent, nor to sue for the infringement thereof.

My exclusive licensee has the exclusive right to bring suit in its own name and without joining me for all past, present and future infringement of said Patent.

Dated: _Feb 18 - 1999_        _Jens_ _____

Jens O. Sorensen

Exhibit 2
Page 22

AO 120 (3/85)

| TO:<br><br>**Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>1 | DATE FILED<br>4/1/99 | U.S. DISTRICT COURT<br><u>United States District Court, Southern District of California</u> |
|---|---|---|
| PLAINTIFF<br><br>TURN-KEY-TECH | | DEFENDANT<br><br>HITACHI MAXELL LTD |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 5,045,268 | 9/3/91 | JENS O. SORENSEN |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| PATENT NO. | DATE OF PATENT | PATENTEE | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT<br><br><br><br><br> | | |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

AO 120 (3/85)

| TO:<br><br>**Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>1 | DATE FILED<br>4/1/99 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br><br>TURN-KEY-TECH | | DEFENDANT<br><br>HITACHI MAXELL LTD |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 5,045,268 | 9/3/91 | JENS O. SORENSEN |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| PATENT NO. | DATE OF PATENT | PATENTEE | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

AO 120 (3/85)

| TO:<br><br>**Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>1 | DATE FILED<br>4/1/99 | U.S. DISTRICT COURT<br>*United States District Court, Southern District of California* | | |
|---|---|---|---|---|
| PLAINTIFF<br><br>TURN-KEY-TECH | | DEFENDANT<br><br>HITACHI MAXELL LTD | | |
| **PATENT NO.** | **DATE OF PATENT** | **PATENTEE** | | |
| 1 5,045,268 | 9/3/91 | JENS O. SORENSEN | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| **PATENT NO.** | **DATE OF PATENT** | **PATENTEE** | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

JS 44
(Rev. 11/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| TURN-KEY-TECH, a California limited liability company. | HITACHI MAXELL LTD., a Japanese corporation, and MAXELL CORP. OF AMERICA, a New Jersey corporation. |

FILED
99 APR -1 PM 4:28

| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF San Diego<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Fair Lawn, NJ<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>TRACT OF LAND INVOLVED |
|---|---|

| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Sandeep Seth, Esq. (SBN 195914)<br>Litigation & Trial Counsel (619)824-9103<br>Turn-Key-Tech, LLC<br>9930 Mesa Rim Road<br>San Diego, CA 92121 (see attachment 1) | ATTORNEYS (IF KNOWN)<br>John C. Altmiller<br>Kenyon & Kenyon<br>1025 Connecticut Ave., N.W.<br>Washington, D.C.  20036-5045 |
|---|---|

'99 CV 0647 IEG LSP

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury | **PERSONAL INJURY**<br>[ ] 362 Personal Injury-Med Malpractice<br>[ ] 365 Personal Injury-Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 610 Agriculture<br>[ ] 620 Other Food & Drug<br>[ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 630 Liquor Laws<br>[ ] 640 R.R. & Truck<br>[ ] 650 Airline Regs<br>[ ] 660 Occupational Safety/Health<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[X] 830 Patent<br>[ ] 840 Trademark<br>**SOCIAL SECURITY**<br>[ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g)) | [ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce/ICC Rates/etc.<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 810 Selective Service<br>[ ] 850 Securities/Commodities/Exchange<br>[ ] 875 Customer Challenge 12 USC 3410<br>[ ] 891 Agricultural Acts<br>[ ] 892 Economic Stabilization Act<br>[ ] 893 Environmental Matters<br>[ ] 894 Energy Allocation Act<br>[ ] 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | [ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/Accommodations<br>[ ] 444 Welfare<br>[ ] 440 Other Civil Rights | [ ] 510 Motions to Vacate Sentence<br>Habeas Corpus<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights | [ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Mgmt. Relations<br>[ ] 730 Labor/Mgmt. Reporting & Disclosure Act<br>[ ] 740 Railway Labor Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS - Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes<br>[ ] 890 Other Statutory Actions |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
PATENT INFRINGMENT

| VII. REQUESTED IN COMPLAINT: | CHECK IF THIS IS A CLASS ACTION<br>[ ] UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint:<br>JURY DEMAND: [X] YES  [ ] NO |
|---|---|---|---|

| VIII. RELATED CASE(S) (See instructions):<br>IF ANY  TURN-KEY-TECH vs. NISSAN NORTH AMERICA, INC. et al. | JUDGE Barry Ted Moskowitz | DOCKET NUMBER 99CV0321BTM |
|---|---|---|

DATE April 1, 1999

SIGNATURE OF ATTORNEY OF RECORD    Sandeep Seth, Esq.

FOR OFFICE USE ONLY

RECEIPT # 41737   AMOUNT 150 00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

FD-JS44

ATTACHMENT 1

DOUGLAS E. OLSON (SBN 38649)
STEPHEN S. KORNICZKY (SBN 135532)
LYON & LYON, LLP
4225 Executive Square, Suite 800
La Jolla, CA 92037
Telephone: (619) 552-8400